```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA

SOL SHEINBEIN                          )
Oppenheimer 1                          )
Tel Aviv, Israel 69395                 )
Tel: 011 972 3505684844                )
     PLAINTIFF                         ) Civil Action No
                                       )      05 1460
          V                            ) Judge: ESH
                                       )
JON DUDAS                              )
Under Secretary of Commerce            )
   For Intellectual Property           )
Director, U.S. Patent & Trademark Office )
     DEFENDANT                         )
```

                        AFFIDAVIT OF SERVICE

I, Kenneth W. Dobyns, hereby declare that on the 26th day of July, 2005, I mailed a copy of the summons and complaint, certified mail return receipt requested, to the U.S. Attorney General. Attached hereto is the green card acknowledging service.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br><br>U.S. Attorney General<br>950 Pennsylvania Ave NW<br>Washington DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail      ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes | |
| 2. Article Number<br>(Transfer from service label) | 7004 2890 0003 4529 7305 | |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |

_[signature: Kenneth W. Dobyns]_
Kenneth W. Dobyns
815 S. 18th St, Apt 602
Arlington VA 22202
703-769-0780
Not an active bar member in DC