UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SOL SHEINBEIN                               )
Oppenheimer 1                               )
Tel Aviv, Israel 69395                      )
Tel: 011 972 3505684844                     )
    PLAINTIFF                               ) Civil Action No
                                            )    05 1460
         V                                  ) Judge: ESH
                                            )
JON DUDAS                                   )
Under Secretary of Commerce                 )
  For Intellectual Property                 )
Director, U.S. Patent & Trademark Office    )
    DEFENDANT                               )

AFFIDAVIT OF SERVICE

I, Kenneth W. Dobyns, hereby declare that on the 26th day of July, 2005, I mailed a copy of the summons and complaint, certified mail return receipt requested, to Jon Dudas, c/o the Office of General Counsel, U.S. Patent and Trademark Office. Attached hereto is the green card acknowledging service.

[Green card return receipt attached, addressed to: Jon Dudas, c/o Office of General Counsel, U.S. Patent + Trademark Office, P.O. Box 15667, Arlington VA 22215; Article Number 7004 2890 0003 4529 7312; received by John S. Holmes, 7/28/05]

Kenneth W. Dobyns
815 S. 18th St, Apt 602
Arlington VA 22202
703-769-0780
Not an active bar member in DC