UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SOL SHEINBEIN )
Oppenheimer 1 )
Tel Aviv, Israel 69395 )
Tel: 011 972 3505684844 )
    PLAINTIFF ) Civil Action No
) 05 1460
V ) Judge: ESH
)
JON DUDAS )
Under Secretary of Commerce )
  For Intellectual Property )
Director, U.S. Patent & Trademark Office )
    DEFENDANT )

### AFFIDAVIT OF SERVICE

I, Kenneth W. Dobyns, hereby declare that on the 26th day of July, 2005, I mailed a copy of the summons and complaint, certified mail return receipt requested, to the U.S. Attorney for the District of Columbia. Attached hereto is the green card acknowledging service.

[Attached Domestic Return Receipt, PS Form 3811, February 2004:
Article Addressed to: U.S. Attorney for the District of Columbia, 555 4th St NW, Washington DC 20001
Service Type: Certified Mail
Article Number: 7004 2890 0003 4529 7329]

Kenneth W. Dobyns
815 S. 18th St, Apt 602
Arlington VA 22202
703-769-0780
Not an active bar member in DC