UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SOL SHEINBEIN,** : <br> : <br> **Plaintiff,** : <br> : <br> v. : <br> : <br> **JON W. DUDAS, Director, United States** : <br> **Patent & Trademark Office,** : <br> : <br> **Defendant.** : <br> : | **Civil Action No. 05-1460** <br> **(ESH)** |

## ORDER

This matter is before the Court on defendant's answer to plaintiff's complaint. The Court has reviewed the complaint and the answer. In the answer, defendant raises several grounds for dismissal but has not filed a dispositive motion. It is hereby

**ORDERED** that defendant shall file a motion to dismiss or for summary judgment on or before September 23, 2005.

**SO ORDERED**.

                                                                s/
                                    ELLEN SEGAL HUVELLE
                                    United States District Judge

Dated: August 24, 2005