UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOL SHEINBEIN,<br><br>Plaintiff<br><br>v.<br><br>JON DUDAS<br>Under Secretary of Commerce<br>  For Intellectual Property<br>Director, U.S. Patent & Trademark Office<br><br>Defendant | CIVIL ACTION NO. 05-1460<br>(ESH) |

## CHANGE OF ADDRESS

Plaintiff has filed the referenced Civil action *pro se*.

Plaintiff resides in Israel, and requests that all future mailings relating to this Civil Action be made to the following address:

Sol Sheinbein, *pro se*
c/o Castorina
310 Shadow Walk
Fall Church, Virginia 22046
Telephone: (703) 534-0673

For the record, and if any substantive urgent matters need to be addressed, I include, for the record, my telephone, fax and email contact information that can be used to contact me:

Sol Sheinbein
Telephone: 011 972 505 684844
Fax:        011 972 375 15626
Email: sol@ipatent.co.il
Email: solshein@hotmail.com

Respectfully submitted,

Sol Sheinbein

## CERTIFICATE OF SERVICE

I, Sol Sheinbein, certify that a copy of the foregoing Change of Address was caused to be mailed by Certified First Class Mail on September 6, 2005 to the following four addresses:

United States District Court
For the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Michael Briskin, Esq.
Jon Dudas
Director, U.S. Patent & Trademark Office,
P.O. Box 15667,
Arlington, VA 22215

Attorney General
950 Pennsylvania Avenue, NW,
Washington, DC 20530

Heather Phillips, Esq.
Kenneth L. Wainstein, Esq.
R. Craig Lawrence, Esq.
U.S. Attorney for the District of Columbia
555 4th Street, N.W.
Washington, DC 20001.

September 6, 2005

Sol Sheinbein

2