# CERTIFIED ADMINISTRATIVE RECORD

      Notice is hereby given that Respondent has filed on this date in the Clerk's Office a CD-ROM containing the Certified Administrative Record consisting of 1907 pages in PDF format.

<u>        /s/         </u>
HEATHER R. PHILLIPS
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW, Rm. E4212
Washington, D.C. 20001
(202) 514-7139