# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SOL SHEINBEIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1460 |
| | ) | (ESH) |
| JON W. DUDAS, | ) | |
| Director, United States Patent & Trademark | ) | |
| Office, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The defendant has filed a motion for summary affirmance. Plaintiff is proceeding *pro se* in this case. Plaintiff is advised that if he fails to respond to a dispositive motion such as a motion to dismiss, the Court may grant the motion and enter judgment for the defendant. *Fox v. Strickland,* 837 F.2d 507, 509 (D.C. Cir. 1988).

Accordingly, it is

**ORDERED** that plaintiff should file any opposition to the defendant's motion no later than **October 21, 2005**. If plaintiff does not file an opposition by that date, the Court will consider the motion conceded and may grant the motion and dismiss this case or grant summary affirmance as to the defendant.



s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: September 23, 2005