UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOL SHEINBEIN, )<br>)<br>Plaintiff, )<br>v. )<br>JON W. DUDAS, )<br>DIRECTOR, UNITED STATES PATENT )<br>AND TRADEMARK OFFICE, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 05-cv01460 (ESH) |

## NOTICE OF FILING

The defendant notes the filing of the Certified Administrative Record in support of his Motion for Judgment of Affirmance. Due the number of pages in excess of 500 pages, the exhibits are being filed by CD-ROM in a PDF format in the Clerk's Office.

Respectfully submitted,

_____
KENNETH L.WAINSTEIN, #451058
United States Attorney

_____
R. CRAIG LAWRENCE, #171538
Assistant United States

_____
HEATHER PHILLIPS
Assistant United States Attorney
555 4th Street, N.W., Room E4212
Washington, D.C. 20530
(202) 514-7139